CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 22 2012

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

United States of America )
v. )
Roger Carter Hargrow ) Case No: DVAW510CR00003
) USM No: 14362-084
Date of Previous Judgment: 06/09/2010 ) Joel Hoppe
*(Use Date of Last Amended Judgment if Applicable)* ) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
 ☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **63** months **is reduced to** **46 months**.

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*
Previous Offense Level: 27    Amended Offense Level: 23
Criminal History Category: I    Criminal History Category: I
Previous Guideline Range: 70 to 87 months    Amended Guideline Range: 46 to 57 months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain)*:

### III. ADDITIONAL COMMENTS
See attached Memorandum Opinion.

Except as provided above, all provisions of the judgment dated 06/09/2010 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: MARCH 22, 2012

/s/ Glen Conrad
Judge's signature

Effective Date: _____
*(if different from order date)*

Hon. Glen E. Conrad, Chief U.S. District Judge
Printed name and title